Case 5:19-cv-00799-EEF-JPM Document 27 Filed 04/21/20 Page 1 of 19 PageID #: 410

RECEIVED
APR 21 2020
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

OTC
Drop box

Cameron Kemp
Case#: 5:19-cv-00799-EEF-KLH

# MOTION FOR SUMMARY JUDGEMENT

I, Cameron Kemp, (Plantiff), have provided the Courts' with Irrefutable Proof of my Claims, and Accusation's against Subject Officers' and Goverment Officals' by using these documents which Include:

Initial Reports, Incident Reports, Arrest Reports, Supplemental Narratives, Use Of Excessive Force Reports, (Note: There are No-Use of Excessive Reports, Which are a Requirement as well as the Law), Charging Documents, and Affidavits in Support of Search or Arrest Warrants.

Accuracy, Truthfullness, Thoroughness, and Consistency must be the Underpinnings of each and every Document a Police Officer Prepares. (Emphasis Added)

The Documents Generated by a Police Agency at the time Of the Event rise to a Lawsuit are far more Important to the Suit and the defense than any drafted by an Attorney months or years later.

In the Exhibits and Documents filed in the Western District Of Louisiana On March 30, 2020, There is irrefutable proof of Falsified Documents, Perjured Police Reports, Forgery, Perjury, Violations of S.P.D. 404.01, Completion of Reports; S.P.D. 601.01 and S.P.D. 601.10 Arrest General and Use Of Excessive Force, Malice, Ill Will and Deliberate and Intentional Lies Committed by the Subject Police Officers and also the Prosecutor Monique Davis and A.D.A. Ross Owens, Crimes Of Forgery, Perjury, Brady Violations and Persecutorial Misconduct and Malfeseance.

(1)

Both Prosecutors are aware of the Subject Officers' Crimes, Violations Of Federal Law and the Deprivation of my U.S.C.A. § 1st, § 4th, § 5th, § 8th, and § 14th Amendment Rights. Both Prosecutors are Willing to Commit a Crime to Cover up these Crimes Under the Color Of Law.

 I, have already provided the Courts' with the illegal Fabricated Warrant that was done out of Malice; An Intentional Lie to Cover up the Crimes of the Subject Police Officers. I never had a Warrant for 2008 nor was I arrested for a 2008 Warrant. Ross Owens used the Mike Spence Clerk of Court to Fabricate this Warrant. This is Forgery and Perjury. Ross Owens is making a Mockery of the Constitution and the Courts' of Justice. I provided the Courts' with this Fabricated Document, It's in the Courts' Possession, and I also provided proof that its a Falsified and Fabricated Document by proving that I was on probation in 2008 and not on the run. Plus the Courts' have all the records of what I was Arrested for on (6-21-18) and it wasn't for a 2008 Bench Warrant or any Other Warrant. There is No Excuse for these Actions Committed Under the Color Of the Law by Ross Owens.

 This is Clearly abuse of his Office and Title 18 U.S.C. 141 and 142 States that is always a Felony and District Attorney's are Not-Exempt. This is a Criminal Act that allows Cause for a Rise of Action. Ross Owens also Fabricated a Forged Document, and used it in my Trial on (9-24-19) Where its another —

Fabricated Document thats Titled Mike Spence Clerk Of Court, It States that I was Arrested with $3,000.00 Dollars and Drugs, which Violated my probation on January 14, 2014. This is another Lie, I was never arrested with $3,000.00 Dollars and Drugs on this date, Nor was my probation Violated for this. Ross Owens, Presented this in my Trial to the Jury in front of the Judge. I have made all these things Known to the Courts. This denies me of a fair Trial. I beg the Courts' to rise to action. This Corrupt District Attorney has also acted as an Investigator instead of an Advocate.

For the Sake of the Citizens of America, and the Constitution, I, ask the Courts' to Not remain Silent in the light of the irrefutable proof of all these Crimes and Breaches of the Federal Law, and the Constitutional Liberties and Bill Of Rights and Amendments that are given to all Citizens of this Country and also the rights that are Protected by Federal Law. The Crimes are innumerable and I have proven them all with Government Documents against the Subject Officers and Government Court Officals.

There is No-Warrant Record on File before (6-22-18), a day after the Arrest. All the Subject Officers' Lied under Sworn Oath. I provided proof to the Courts' in the Exhibits Submitted March 27, 2020 ;(Irrefutable Proof)

Both Judges are aware of this and both have shown Reckless Disregard for the Truth, and both Judges have enabled the futherance of Crimes, and the Futherance of Police Misconduct and Harrasment, --

(3)

And Prosecutorial Misconduct in both City and State Courts. Both Judges are in Violation of the Code Of Judicial Conduct Cannons 1, 2, and 3. Judge Garrett is biased and prejudice and has Commited Several Acts of Judicial Misconduct Such as:

- (1) The use of harsh, angry tone and demeanor
- (2) Lack of Impartiality
- (3) Incompetence
- (4) Off Record, Private Communication with a litigent Concerning a pending Case.
- (5) Making Comments of a pending case, Showing Pre-Judgement

I was Sentenced to (3) months for Contempt of Court at my Trial for Stating that my Civil Rights were Violated and that I have a Civil Suit. I am being punished and retaliated upon for having a Civil ligitation, (Unfair Trial)

Judge Garrett is in Violation of Cannon 3A:

- (A) Adjudicative Responsibilities
- (4) A Judge Shall perform Judicial Duties without bias or prejudice. A Judge Shall Not; In performance of Judicial Duties by word or Conduct manifest bias or prejudice, and Shall not permit Staff, Court Officals or Other's Subject to the Judge's direction and Control to do so. A Judge may make Reasonable Efforts, Consistent with the Law and Court Rules, to Facilitate the abilities of all litigants, including Self represented litigants, to be fairly heard, provided, however, that in so doing a Judge Should not give Self represented litigants an unfair advantage or Create an appearence of partiality to the reasonable person.

(4)

Case# 5:19-cv-0079-EEF-KLH

On April 4, 2019, Officer Belanger, Stated in his report that I Said that Judge Garett will be arrested for Signing the Warrant. This makes the Judge Biased and Prejudice. I have been Treated Harsh and Unfair by this Judge. She has Committed many forms of Judicial Misconduct.

- Cannon 3B
- (B) Administrative Responsibilities
- (3) A Judge Should take or initiate approperiate disciplinary measures against a Judge or Lawyer for Unprofessional Conduct of which the Judge may become aware. Acts of the Judge in the discharge of disciplinary responsibillites, as Set forth above, are part of the Judges' Judicial duties and Shall be absolutely privileged, and no Civil Action predicated there on may be instituted against the Judge.

Instead of performing the Judicial Duties, This Judge participate in the Misconduct and allows the Prosecutorial Misconduct, Forgery, and Perjury, and Show a Reckless Disregard which enables the prosecutor and Subject Officers to deprive me of my Constitutional Rights. This Judge is aware of the Subject Officer's not having a Warrant or Arresting me at 3834 Tate Street on (6-21-18). This Judge knows very well that the Subject Officers' Violated my 1ST, 4TH, 5TH, and 14TH Amendment Constitutional Right. Instead of Fulfilling the Administrative Responsibillities of Cannon 3B. (3), This Judge Shows a Reckless Disregard of Truth and participates becoming an Enabler of the Illegal Acts. This Judge is Part of A Conspiracy to deprive me of my Civil Rights, and Right now Today She is Trying to give me 30 years

(5)

in Connect with Ross Owens.

I, Beg the Courts' to bring both of these Judges and Prosecutors To Justice. I am using my Civil Litigation as a Vehicle to Expose the Ring of Corruption.

The Law States

A. Judge who deliberately or Knowingly and Arbitrarily disregard the Legal Standards, Causing delay and expense to litigants may be to have Committed Judicial Misconduct. When a Trial Judge conducts the Judicial Proceeding in Such a manner that the Judge disbelieves the defendant's Case or thinks that the prosecution Should prevail, the Judge could be accused of Judicial Misconduct. (See Allen VS. Hawley, 74 Fed. Appx.)

The American Bar Association formulated the Code of Conduct in 1972, and the Federal and State Goverments Adopted It. The Violation of its Rules by the Judges amount to punitive action against them.

Concerning Agent Belanger, I will like to remind the Courts of the Affidavit that he fabricated to get a Search Warrant on April 3, 2019. Agent Belanger lied and used a unknown female (Not Cameron Kemp), Stating She Sold Marcijuana to a C.I. in front of my residence, and in the Affidavit he also refers and admits to the Violation of my Civil Rights on June 21, 2018. It is now a proven fact that Agent Belanger had No-Probable Cause for being at my home/residence June 21, 2018. Agent Belanger also lied in an Interview and Report with the Internal Affairs Stating that I was Arrested—

(6)

on an Outstanding Warrant and that was the Probable Cause for being at my home and that I was Transported to the City Jail with No-Incident in Concert with the many other Police Officers' who boldly lied and committed perjury under the Color of Law deliberately. Agent Belanger also states that he had a Warrant June 21, 2018 on the Stand at my Trial Committing perjury.

As its been proven, Agent Belanger along with the Subject Officers Violated my 1st, 4th, 5th and 14th Amendment Rights along with the false Arrests and Imprisonment, Malicious and Vindictive Prosecution, Perjury and Perjured Police Reports, and Police Misconduct and Harrasment.

After Committing all the Crimes, he fabricates an affidavit full of lies to Continue Police Harrasment. The law says it takes 2 or more times to prove Harrasment. Counting Feb. 2012 this makes (3) and he is Videotaped using Excessive Force, and Belanger and none of the Officers filed Use of Excessive Force Subject Management Reports Violating S.P.D. 404.01, S.P.D. 601.01, S.P.D. 601.10.

I ask the Courts' to rule in my favor and to also lift the Stay for the June 21, 2018 case and to dismiss any other case with Agent Donald Belanger due to the Violations of my 1st, 4th, 5th and 14th Constitutional Rights and Due Process of the Law, Violation along with Malicious Prosecution and the Use of Excessive Force Violation Which have been proven.

Concerning A.D.A. Ross Owens and the multiple Crimes and Misconduct and Malfeseance along with —

(7)

Georges a Kippax
Case #: 5:19-cv-0099-EEF-KLH

Forgery and Perjury Under the Color Of The Law Two Seperate Times, I ask the Court to dismiss both Charges and to Act on the Violations proven against the District Attorney.

Ross Owens and Judge Garett has agreed to Multi Bill me because I wouldn't accept none of their unreasonable plea bargins. If I accept anything my Civil Suit will be dismissed by law and their Crimes will go unpunished and nobody will know about their evil, malicious, and sinister breaches of federal law and the deprivation of my Constitutional Rights. I refuse to do that. I will fight for my rights and take my Case to the Highest Supreme Court of the United States in the name of Justice to make sure none of the Subject Officers, Judges, and Prosecutors, along with the Internal Affairs never again in human history commit these Crimes and get away with it to any other Citizen of the United States in the name of the Constitution.

I, have proven my Case against the many Goverment Officals with all Governmental Documents. I ask the Courts to rule in my favor. Exhibits and Documents filed (March 27, 2020) Case proven with all Governmental Documents Since (6-21-19).

(8)

Case #: 5:19-cv-0079-EEF-KLH

## Bystander Liability And Supervisory Liability

I, also would like to seek Bystander Liability and Supervisory Liability Under Section 1983 that Exposes Officers, including Supervisors, to personal liability, including punitive damages.

This Liability puts the Officers' as "Bystanders" on the same footing as the alleged wrongdoer. In the documents provided in the Exhibits on March 27, 2020, the documents and reports from the Internal Affairs Interview, the Subject Officers seen the Use of Excessive Force, and each one of them was suspose to do a report in Accordance with S.P.D. 404.01 and S.P.D. 601.10 Use of Excessive Force and Completion of Records. Even Sgt. Willis failed to follow this rule and procedure. Each of the Subject Officers' admitted to seeing this Use of Excessive Force and each Officer is obligated by law to do a report on this if an arrest was made, or not. I provide the S.P.D. 404.01 and S.P.D. 601.01 and S.P.D. 601.10 documentation in the Exhibits submitted March 27, 2020.

Supervisory Liability Exposes Supervisory Officers' to personal liability including punitive damages. Sgt. Willis in his interview proves he seen the Use of Excessive Force, but he failed to make the reports that the Law Requires for reporting Use of Excessive Force. All of the Subject Officers are in Violation of these Procedures which is Law. Agent Belanger failed to do a Subject Management Report, also Violating these rules procedures and laws that are Manditory.

The Supervisor had acted on Constructive Knowledge that his Subordenate Officer was engaged in Conduct that posed a persuasive and unreasonable risk —

(9)

of Constitutional Injury to Citizens and that the Supervisor responded with deliberate indifference to or tacit authorization of the alleged offensive practices, Such that these were an affirmative Casual link between the Supervisor inaction and the particular Constitutional Injury Suffered by the plantiff.

The bottom line is that a Supervisor Cannot turn a "Blind Eye" to the misconduct of Subordinates. By doing So, he or She is potentially Exposed to personal liability.

The Bystanders and the Supervisor: (1) knew that a fellow Officer was Violating the Plantiff's Constitutional Rights; (2) Had a reasonable opportunity to prevent the harm; and (3) Chose not to Act.

These liabilities, I am applying to the June 21, 2018 Case and the April 4, 2019 case. My Constitutional Rights were Violated Both Dates.

This is also an Official Capacity Action which is actually against the Governmental arbutary of which the Police Officers were merely Agents whose Conduct implement Governmental Law, policy or Custom, I.E..., the deprivation underlying the §1983 Claim is Caused by a Statute, regulation, policy, or Custom of the Governmental Entity. Examples of policy and Custom Claims Include: Failure to Train, Failure to Discipline, Failure to Supervise, and the Condoning of the Use of Exercise Force or Unlawfull Arrest.

The Subject Officers and their Supervisors Committed all these Acts and Each one is guilty of this. This is also an Offical Capacity Claim and a Personal Capacity Claim.

(10)

Cameron Kemp
Case#: 5:19-cv-00799-EEF-KLH

For the record, let it be made known to the Courts that I only seek Injunctive Relief for Judge Irving and Judge Erin Garrett; Prosecutor Monique Davis and A.D.A. Ross Owens.

I also ask the Courts to not overlook their Crimes, their Judicial Misconduct and Prosecutorial Misconduct, and that they're held at a higher Standard of professionalism and Ethics. Both Judges have Showed a Reckless Disregard of Truth and their failure to act is a Crime. Both Judges enabled the futherance of the deprivation of my Constitutional Rights and Both Judges Committed a Crime to cover up the Crimes and Violated the Code of Judicial Conduct, Cannons and the Condoning of Police Misconduct and Prosecutorial Misconduct along with Forgery and Perjury. Both Judges failed to use their Administrative Responsibilities and its Judicial Duties to discipline these illegal Acts. Instead Both Judges Participated.

Every person who, Under Color of any Statute, Ordinance, regulation, Custom, or usage of any States or Territory, Subjects or Causes to be Subjected, any Citizen of the United States or other power within the Jurisdiction there of to the deprivation of any rights, priviledges, or Immunities Secured by the Constitution and laws, Shall be liable to the party injured in an Action at law, Suit in equity, or other proper proceeding for Redress.

The First Ten Amendments of the Bill of Rights are Self Explanatory. Violations of any of the Rights described in these Amendments, give rise to Cause of action, both against State Judges Under Title 42. U.S.C. 1983 and against Federal Judges in Bivens Actions.

(11)

Case#: 5:19-CV-00799-EEF-KLH

This Motion for Summary Judgement is Supported by the Exhibits, Documentary Evidence and Police Reports Submitted to this Court on March 27, 2020. I ask the Courts to Grant it in the entirety due to the Preponderance of Evidence irrefutably proves each claim without a shadow of doubt.

In a Police Misconduct Case, The most important documents were prepared long before any lawsuit was filed. The documents refered to are recorded or prepared by the Subject Police Officers, the prosecution and the Internal Affairs Agency.

These documents along with Agent Belanger's Testimony at my Trial Stating that he had a warrant on June 21, 2018, and that the Warrant was executed and I was arrested on this date at 3834 Tate Street, Should Satisify the Burden of Proof providing a powerful Preponderance of Evidence.

Local Government Employees, including police Officers are liable for punitive damages Under State law if they acted with Malice (Hatred, Ill Will, Improper Motive) or under federal law if they acted with Reckless or Callous Indifference to the Plantiff's "Federally Protected Rights", as well as when their actions were motivated with Evil Intent.

I would like to remind the Courts' of the documents of proof that these Same Subject Officers' and this Same O.S.I. Unit or Team was reported to the A.C.L.U. on (Feb. 2017) where my Constitutional Rights were Violated, and I was also beaten by Agent C. Glass Bradley and Two other Officer's and the Subject Officer's didn't have a Warrant neither at this date. This is a pattern of Police Misconduct and Harrasment. This also proves my Retaliatory Arrest Claim.

(12)

I provided all the documentation in this lengthy Conspiracy of the S.P.D., City and State Courts.

In this Motion, I ask the Courts' to lift the Stay on the June 21, 2018 case and to dismiss the April 4, 2019 Case in the light of the Overwhelming Evidence provided.

It's not fair for Judge Garrett and Prosecutor Ross Owens along with Public Defendant Richard Fischer to Continue their illegal acts which has been proven in the Court minutes and Governmental Documentation. The Court is now aware of the Violations of my Federally Protected Rights that are Innumerable. Its very challenging to keep up with the Courts' of Crimes Committed by these Government Officials including Forgery, Perjury, Judical, Prosecutional, and Public Defendant Misconduct just to name a few. Its **nearly** 20 Government Employees in my Civil litigation. (Emphasis Added)

I proved every claim and accusation with Government Documentation. This is the Shreveport Police Department, Shreveport City Court, Caddo District Court, and the Internal Affairs all on one accord Conspiring together to deprive me of my Federally protected "Constitutional Rights".

Unfortunately, this denies me the Fair Trial Act. Its impossible for me to have a Fair Trial when the Judge, the District Attorney and my Public Defendant is all against me in Concert together to harm me and to punish me for having this Civil Suit against them. I have been made an enemy of the State for Exposing this ring of Corruption.

(13)

( Motion Cont. )

Here in this Motion along with the Exhibits and Goverment Documentation Submitted March 27, 2020, I proved every accusation and Claim without a Shadow of doubt. The Court is now in possession of a fabricated warrant Signed by and falsified by a Judge, multiple perjured Police Reports from the many Subject Officers Violating many laws and also my Federally Protected Constitutional Rights. All of these things are in the possession of the Courts. This without reasonable doubt Should Satisify the burden of proof as a powerfull irrefutable preponderance of evidence.

Let it be known that Donald Belanger nor his attorney Michole Buckle provided the "Outstanding Warrant" which all the Subject Officers including Sgt. Miles of the Internal Affairs Stated in Police Reports and Goverment Documents was "Probable Cause". This proves that the Subject Officers' Violated my Federally Protected Constitutional Rights. It also proves I wasn't Arrested (June 21, 2018) at 3834 Tate Street for this Warrant.

Here, I ask the Courts' if it is not possible or legal to lift the Stay off the (June 21, 2018) case in light of the preponderance of evidence, to ignore my request to do so and to proceed with the procedure appointed by the Judge. I am Satisifyied with the Magistrates approach to this case and I trust the Courts.

I also would like to point out how the Hospital was Biased due to me being an Inmate in Cuffs, because they failed to document my elbow and arm injuries. Both where bleeding profusively and they failed to document my back injury. A X-ray and a examination was done at Caddo Correctional Center —

Thank You,
Cameron Kemp

(14.)

And these documentatations proves L.S.U. Hospital was Biased. My elbow, ribs and back gives me pain Still Right Today.

Here in the Motion I would like to point out the facts Surrounding Prosecutor Monique Davis, and Judge Lee Irving Fabricated Warrant. I beg the Courts' to use my Warrant History that was provided by the Shreveport City Court Records Department that reveals that there is No-Warrant for (12-9-2016).

The attorney for Agent Belanger, Nichole Buckle in a Notice Of Compliance through Undersigned Counsel, comes Defendant, Shreveport Police Cpl. Donald Belanger, who represents that a Copy of all Medical Reports and other documents in the possession of the City Of Shreveport have been Sent to Mr. Cameron Kemp Via United States Mail, as required by the Court's Memorandium Order. A copy was filed under Seal with this Court. (Emphesis Added)

Now, my question to the Western District Of Louisiana Federal Civil Courts is: <u>Where is the Warrant?</u>

In the Notice of Compliance of documents in the possession of the City Of Shreveport, There Should be a Copy of this "Outstanding Warrant". An "Outstanding Warrant" for Cameron Kemp, who was booked as a Fugitive Should be on top of the list. I Think all parties could agree on this fact 100%.

How and Why is it possible that a Copy and existence of this Warrant is not provided by Attorney Nichole Buckle or Agent Donald Belanger? I, Cameron Kemp provided the fabricated Warrant that was Signed by Judge Irving by forcing it from Monique Davis after She denied these public records—

Which I am entitled to by the Public Records Acts. I was denied these documents along with a Bill of Information, Motion of Discovery for merely a year from the arrest date. Neither has Ross Owens provided this Warrant which is Brady Material and Exculpatory Evidence, its been a year and 10 months. He Omits this Evidence even after recieving a Memorandum Request (Prosecutorial Misconduct)

Ross Owens actually Fabricates a Forged Document that has nothing to do with my Arrest on (6-21-18) knowingly Committing Forgery, Perjury.

This is proof that the Warrant is a False, Fabricated after the Fact. Prosecutor Monique Davis and Judge R. Lee Irving forged and fabricated this illegal warrant after my arrest to cover up the Crimes Committed by the Subject Officers who Violated my $ 1ST $ 4TH $ IX, and $ 14TH Amendment Rights, along with the due process of the Law Violations.

To add insult to injury Sgt. Miles from the Internal Affairs and A.D.A. Ross Owens along with Richard Fischer and Judge Erin Garrett all join in and Show Reckless Disregard for the truth and not only Condone the illegal acts, but they all participated, enabled and empowered the futherence of these Crimes and became Complacent in a Joint Conspiracy and Effort to deprive me of my Federally Protected Constitutional Amendment Rights.

Judge Garrett knowingly signed and Stated that she believes a Fabricated Affidavit by Donald Belanger after she knew he Violated my Constitutional Rights?

(16)

Both are pretending that I am a Unknown male in the Affidavit that targets my residence after they both know that my Constitutional Rights were Violated along with many other Illegal Acts. This Judge is enabeling the deprivation of my Constitutional Rights, at the Same time Covering up the Crimes while Violating the Cannons of Judicial Conduct Codes to help the Subject Officers' and Goverment Officals Commit Retalictory Acts against me. She also Sentenced me to 3 months and Contempt of Court, for Simply making known to the Courts' my Civil and Constitution Violetions along with the Forgery and Perjury Committed by Ross Owens. Also, She revoked my Bond and had me Arrested before my Trial (9-23-19) and I've been Incarcerated Since that Date.

    In my next Court date April 14, 2020 both Ross Owens and Judge Garrett both agrees to Sentencing me to 30 years. I beg the Courts to please Help. This Surpasses a Malicious and Vindictive Prosecution. Their Crimes are proven and known to the Courts, Now.

(17)

* Note: As Of March 23, 2020, I have a New Lawyer because Richard Fischer remains Incompetent and has become Very Angry due to the Fact I added him to my Civil Suit and I will be filing Grievances to the Bar and L.A.D.B.. My New Lawyer is Shante Wells. (Attorney Fee: $10,000.00 Dollars)

(18)

OTC
Dropbox

**RECEIVED**

APR 21 2020

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

# Motion For Summary Judgement

This document and memorandum along with the exhibits filed on March 30th, 2020 shall serve as my motion for summary Judgement.

Thank you,
Cameron Kemp

Case#: 5:19-cv-00799-EEF-KLH

Address: Caddo Correctional Center
Cameron Kemp SO# 7288  Jacket #185628
P.O. Box 70110
Shreveport, La 71137-0110