UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| CAMERON KEMP #72818/185628 | CIVIL ACTION NO. 19-799 SEC P |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| DONALD BELANGER, JR., ET AL. | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections filed by Plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's motion for summary judgment [Record Document 109] regarding the previously dismissed claims and Defendants is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that Plaintiff's motion for summary judgment [Record Document 109] against Sergeant Scebern Willis is **DENIED** for lack of personal jurisdiction.

**IT IS FURTHER ORDERED** that Defendants' motion for summary judgment [Record Document 114] is **GRANTED** on the issue of whether Defendants had probable cause to arrest Plaintiff. Plaintiff's motion for summary judgment [Record Document 109] is **DENIED** as to this claim.

**IT IS FURTHER ORDERED** that Defendants' motion for summary judgment [Record Document 114] is **GRANTED** on the issue of whether Defendants had probable cause to seize the marijuana and paraphernalia found in plain view when Plaintiff was arrested. Plaintiff's motion for summary judgment [Record Document 109] is **DENIED** as to this claim.

**IT IS FURTHER ORDERED** that Defendants' motion for summary judgment [Record Document 114] is **GRANTED** on the issue of whether Defendants had probable cause to seize the

bag of marijuana from Plaintiff's neighbor's backyard. Plaintiff's motion for summary judgment [Record Document 109] is **DENIED** as to this claim.

**IT IS FURTHER ORDERED** that Defendants' motion for summary judgment [Record Document 114] is **GRANTED** on the issue of retaliation. Plaintiff's motion for summary judgment [Record Document 109] is **DENIED** as to this claim.

**IT IS FURTHER ORDERED** that Plaintiff's claims are hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that all remaining motions are **DENIED AS MOOT**.

The Clerk of Court is requested to close this case.

**THUS DONE AND SIGNED** this 19th day of November, 2021.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE