# United States Court of Appeals
# for the Fifth Circuit

_____

No. 21-30752
_____

Cameron Kemp,

*Plaintiff—Appellant*,

*versus*

Donald Belanger, Jr,

*Defendant—Appellee*,

consolidated with
_____

No. 21-30781
_____

Cameron Kemp,

*Plaintiff—Appellant*,

*versus*

Carlos Glass-Bradley; Daniel Albrecht; Ryan Holley; Donald Belanger,

*Defendants—Appellees*.

No. 21-30752
c/w No. 21-30781

_____

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 5:19-CV-799

_____

ON PETITION FOR REHEARING EN BANC

Before CLEMENT, OLDHAM, and WILSON, *Circuit Judges*.
PER CURIAM:

    Treating the petition for rehearing en banc as a petition for panel rehearing (5TH CIR. R. 35 I.O.P.), the petition for panel rehearing is DENIED. Because no member of the panel or judge in regular active service requested that the court be polled on rehearing en banc (FED. R. APP. P. 35 and 5TH CIR. R. 35), the petition for rehearing en banc is DENIED.

# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 11, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 21-30752   Kemp v. Belanger
                     USDC No. 5:19-CV-799

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Whitney M. Jett, Deputy Clerk
504-310-7772

Mrs. Nichole Marie Buckle
Mr. Cameron Kemp
Mr. Tony R. Moore