UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| **CAMERON KEMP** | * | **CIVIL ACTION NO: 19-799-P** |
| **VERSUS** | * | **DISTRICT JUDGE FOOTE** |
| **DONALD BELANGER, ET AL** | * | **MAGISTRATE PEREZ-MONTES** |

## O R D E R

The foregoing Motion for Extension of Time having been considered,

**IT IS HEREBY ORDERED** that the deadline for Defendants to file a response to Plaintiff's Motion for Joinder of Parties and Amendment of Pleadings (Doc. 156) is extended to **August 28, 2023.**

THUS DONE AND SIGNED in ~~Shreveport~~ Alexandria, Louisiana on this __21st__ day of August, 2023.

_____
JUDGE