UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **CAMERON KEMP,**<br>Plaintiff | CIVIL ACTION NO. 5:19-CV-00799 |
| **VERSUS** | JUDGE ELIZABETH E. FOOTE |
| **DONALD BELANGER, JR., ET AL.,**<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## ORDER

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Kemp's Motion for Summary Judgment [Record Document 164] is **DENIED**.

**THUS ORDERED AND SIGNED** on this 20th day of February, 2024.

ELIZABETH E. FOOTE, JUDGE
UNITED STATES DISTRICT COURT